## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

ANGEL BAEZ-GIL, #10019-049                                      PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 5:18-cv-45-DCB-MTP

ADAMS COUNTY CORRECTIONAL CENTER                               DEFENDANT

### <u>ORDER</u>

BEFORE THE COURT is Plaintiff's letter Motion [9] requesting an extension of time.  After review of the Motion [9] and Court docket, the Court finds that Plaintiff is seeking additional time to comply with the Court's Orders [7, 8] of May 2, 2018.  The Court will grant Plaintiff an extension of time.  Accordingly, it is hereby,

ORDERED that Plaintiff's Motion [9] requesting an extension of time is granted.  Plaintiff is directed to comply with the Court's previous Orders [7, 8] **no later than July 6, 2018.**

IT IS FURTHER ORDERED that Plaintiff is warned that if he fails to fully comply with this Order in a timely manner or if he fails to keep this Court informed of his current address, this case will be dismissed without further written notice to the Plaintiff.

THIS, the 15th day of June, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE