**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ANGEL BAEZ-GIL, #10019-049**                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 5:18-cv-45-DCB-MTP**

**ADAMS COUNTY CORRECTIONAL CENTER**                           **DEFENDANT**

## ORDER

BEFORE THE COURT is Plaintiff's Notice [12] of change of address.  On June 15, 2018, the

Court entered an Order [11] granting Plaintiff an extension of time to comply with the Court's May 2,

2018, Orders [7, 8].  In order to efficiently manage the docket of this case, it is hereby,

ORDERED that the Clerk of Court is directed to mail a copy of the Order [11] filed June 15, 2018,

to the Plaintiff at the address he provides in his Notice [12] of change of address.

IT IS FURTHER ORDERED that Plaintiff is warned that if he fails to fully comply with any Order

of this Court in a timely manner or if he fails to keep this Court informed of his current address, this case

will be dismissed without further written notice to the Plaintiff.

THIS, the 21st day of June, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE