**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ANGEL BAEZ-GIL, #10019-049**                                                    **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 5:18-cv-45-DCB-MTP**

**ADAMS COUNTY CORRECTIONAL CENTER**                                **DEFENDANT**

**ORDER GRANTING SECOND MOTION [14] FOR EXTENSION OF TIME**

BEFORE THE COURT is Plaintiff's second letter Motion [14] requesting an extension of time. After review of the Motion [14] and Court docket, the Court finds that Plaintiff is seeking additional time to comply with the Court's Orders [7, 8] of May 2, 2018.  The Court will grant Plaintiff a second extension of time.  Accordingly, it is hereby,

ORDERED that Plaintiff's second Motion [14] requesting an extension of time is granted.  Plaintiff is directed to comply with the Court's previous Orders [7, 8] **no later than July 27, 2018.**

IT IS FURTHER ORDERED that Plaintiff is warned that if he fails to fully comply with this Order in a timely manner or if he fails to keep this Court informed of his current address, this case will be dismissed without further written notice to the Plaintiff.

THIS, the 10th day of July, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE