## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

ANGEL BAEZ-GIL, #10019-049                                          PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:18-cv-45-DCB-MTP

ADAMS COUNTY CORRECTIONAL CENTER                                   DEFENDANT

### ORDER GRANTING THIRD MOTION [17] FOR EXTENSION OF TIME

BEFORE THE COURT is Plaintiff's third letter Motion [17] requesting an extension of time.

After review of the Motion [17] and Court docket, the Court finds that Plaintiff is seeking additional time

to comply with the Court's Orders [7, 8] of May 2, 2018.  The Court will grant Plaintiff's third request for

an extension of time.  Accordingly, it is hereby,

ORDERED that Plaintiff's third Motion [17] requesting an extension of time is granted.  Plaintiff is

warned that this is the final extension of time the Court will grant to comply with the May 2, 2018, Orders

[7, 8].  Plaintiff is directed to comply with the Court's previous Orders [7, 8] **no later than August 24,**

**2018.**

IT IS FURTHER ORDERED that Plaintiff is warned that if he fails to fully comply with this Order

in a timely manner or if he fails to keep this Court informed of his current address, this case will be

dismissed without further written notice to the Plaintiff.

THIS, the 10th day of August, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE